

FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>John Fitzgerald CHRISTIAN<br><br>    Defendant. | Case No.: CR09-01093-SJO-1<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___C.D.Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evid submitted by ∆; FTA in this court + others___

|     |                                                                                    |
| --: | :--------------------------------------------------------------------------------- |
| 1   |                                                                                    |
| 2   |                                                                                    |
| 3   |                                                                                    |
| 4   | and/~~or~~                                                                         |
| 5   | B. (✓) The defendant has not met his/her burden of establishing by                 |
| 6   | clear and convincing evidence that he/~~she~~ is not likely to pose                |
| 7   | a danger to the safety of any other person or the community if                     |
| 8   | released under 18 U.S.C. § 3142(b) or (c). This finding is based                   |
| 9   | on: _no evd by ∆_                                                                  |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/3/13

_RALPH ZAREFSKY_
UNITED STATES MAGISTRATE JUDGE

2